FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-20-00151-CV

John **PORTERFIELD**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellee's motion for en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.5. Appellee's request for oral argument is also DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court